UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

WELLBOTS INC,

                    Plaintiff,

          - against -

NEW ENGLAND TECHNOLOGY INC, ET AL.,

                    Defendants.

———————————————————————

26-cv-2604 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

May 5, 2026.


SO ORDERED.
Dated:    New York, New York
          April 21, 2026

                                        _____
                                         John G. Koeltl
                                    United States District Judge